# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| U.S. BANK, NA, SOLELY AS SUCCESSOR TRUSTEE TO BANK OF AMERICA, N.A., SUCCESSOR IN INTEREST TO LASALLE BANK NA, AS TRUSTEE, ON BEHALF OF THE HOLDERS OF WAMU MORTGAGE PASS-THROUGH CERTIFICATE, SERIES 2006-AR17,<br><br>Plaintiff,<br><br>v.<br><br>BRADLEY TUBIN, an individual; ALL TENANTS, SUBTENANTS and OCCUPANTS of 6645 W. EL CAMPO GRANDE AVENUE, LAS VEGAS, NEVADA; and DOE DEFENDANTS 1 through 5, inclusive,<br><br>Defendants. | Case No. 2:17-cv-01932-APG-VCF<br><br>**ORDER GRANTING MOTION TO REMAND TO STATE COURT (ECF 3)** |

The Court:

  (i)  having considered Plaintiff's Motion to Remand to State Court (ECF 3); and,

  (ii)  having considered that no opposition to the motion was filed by any party to this action, despite that the record of this Court reflects that the motion was duly served on all appearing parties to this case, including the party removing this action to this Court; and good cause appearing therefor,

///

///

///

**IT IS HEREBY ORDERED** that Plaintiff's Motion to Remand to State Court (ECF 3) is granted;

**IT IS FURTHER ORDERED** that this case shall be, and is hereby remanded to the Justice Court, Las Vegas Township (Case No. 17C010391) for all further proceedings; and,

**IT IS FURTHER ORDERED** that the Clerk of the Court shall close this case.

Dated this 9th day of August, 2017.

_____
UNITED STATES DISTRICT COURT JUDGE